# CRIMINAL COVER SHEET

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2025 AUG 11 PM 2: 43

OFFICE OF THE CLERK

**SEALED** YES

USAO - Rev. 4/25_by

**PLACE OF OFFENSE:**

CITY: Omaha

COUNTY: Douglas

**RELATED CASE INFORMATION:**

- [ ] Superseding Indictment
- [ ] Indictment/Information Pending vs Same Defendant
- [x] New Defendant

Magistrate Case Number: 4:25MJ3187

R20/R40 from District of: _____

Related to: _____

## DEFENDANT INFORMATION:

**NAME:** KETANKUMAR BABUBHAI CHAUDHARI

**ALIAS:** Ken Chaudhari

**ADDRESS:** 2306 N. 182nd Avenue, Elkhorn, Nebraska

**SSN:** 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    **DOB:** 11-18-1988    [x] MALE  [ ] FEMALE  [ ] ALIEN

| | | |
|---|---|---|
| [x] COMPLAINT | AUSA: | Danielle Fliam |
| [ ] INFORMATION | AGENT: | Rachel Sullivan |
| [ ] INDICTMENT | AGENCY: | FBI  [x] FBI |
| | TRIAL: | [ ] OMAHA  [x] LINCOLN  [ ] NORTH PLATTE |

**U.S.C. CITATIONS:** LEAD COUNT: 18 U.S.C. § 1594; 18 U.S.C. § 1591    COUNT NO.  1

| COUNT # / CODE | DESCRIPTION OF OFFENSE CHARGED | MAXIMUM PUNISHMENT |
|---|---|---|
| CT 1: 18 U.S.C. § 1594; 18 U.S.C. § 1591 | Conspiracy to Engage in Sex Trafficking | Life/ $250,000 Fine / NMT 5 yrs TSR / $100SA |
| CT 2: 18 U.S.C. § 1589 | Conspiracy to engage in forced labor | 20 yrs / $250,000 Fine / NMT 5 yrs TSR / $100SA |
| CT 3: 18 U.S.C. § 371; 18 U.S. C. § 1546(a) | Conspiracy to Defraud the United States by Fraud and Misuse of Visas, Permits and other documents | 20 yrs / $250,000 Fine / NMT 3 yrs TSR / $100SA |
| CT 4: 8 U.S.C. § 1324(a)(1)(A)(ii) | Conspiracy Related to Transporting Illegal Aliens | 5 yrs /$100,000 Fine /NMT 1 yr TSR /$100SA |

| | | |
|---|---|---|
| [ ] PETTY | [ ] MISDEMEANOR: | [ ] CLASS A/CLASS B - NON-MOTOR |
| [ ] MINOR | | [ ] CLASS B - MOTOR |
| [x] FELONY | [ ] FORFEITURE | [ ] CLASS C - VEHICLE/INFRACTION |

## LOCATION STATUS

- [x] WARRANT  [ ] OCDETF  _____  ARREST DATE: _____
- [ ] SUMMONS
- [ ] ALREADY IN FEDERAL CUSTODY AS OF: _____
- [ ] ALREADY IN STATE CUSTODY IN: _____
- [ ] ON PRETRIAL RELEASE
- [x] INTERPRETER NEEDED?    LIST LANGUAGE AND/OR DIALECT: Gujarati

COPY USA

INDICTMENT - CONTINUATION SHEET

| COUNT # / CODE | DESCRIPTION OF OFFENSE CHARGED | MAXIMUM PUNISHMENT |
|---|---|---|
| CT 5: 8 U.S.C. § 1324(a)(1)(A)(iii) | Conspiracy Related to Harboring Illegal Aliens | 5 yrs /$100,000 Fine /NMT 1 yr TSR / $100SA |
| CT 6: 18 U.S.C. § 1071 | Concealing Person from Arrest | 1 yr /$100,000 Fine /NMT 1 yr TSR /$100SA |
| CT 7: 21 U.S.C. § 856 | Maintaining drug-involved premises | 20 yrs /$500,000 Fine /NMT 3 yrs TSR / $100SA |
| CT 8: | | |
| CT 9: | | |
| CT 10 | | |
| CT 11 | | |
| CT 12 | | |
| CT 13 | | |
| CT 14 | | |
| CT 15 | | |
| CT 16 | | |
| CT 17 | | |
| CT 18 | | |
| CT 19 | | |
| CT 20 | | |

# CRIMINAL COVER SHEET

**SEALED**

USAO - Rev. 4/25_by

| PLACE OF OFFENSE: | RELATED CASE INFORMATION: |
|---|---|

**PLACE OF OFFENSE:**

CITY: Omaha

COUNTY: Douglas

**RELATED CASE INFORMATION:**

☐ Superseding Indictment          ☒ New Defendant

☐ Indictment/Information Pending vs Same Defendant

Magistrate Case Number:  4:25MJ3187

R20/R40 from District of: _____

Related to: _____

## DEFENDANT INFORMATION:

NAME:          **AMIT BABUBHAI CHAUDHARI**

ALIAS:         **Matt**

ADDRESS:       **10728 L Street, Omaha, Nebraska**

SSN: _____    DOB:   **10-25-1991**    ☒ MALE  ☐ FEMALE  ☐ ALIEN

| | | |
|---|---|---|
| ☒ COMPLAINT | AUSA: | Danielle Fliam |
| ☐ INFORMATION | AGENT: | Rachel Sullivan |
| ☐ INDICTMENT | AGENCY: | FBI                                            ☒ FBI |
| | TRIAL: | ☐ OMAHA      ☒ LINCOLN      ☐ NORTH PLATTE |

**U.S.C. CITATIONS:**          LEAD COUNT: 18 U.S.C. § 1594; 18 U.S.C. § 1591          COUNT NO.   1

| COUNT # / CODE | DESCRIPTION OF OFFENSE CHARGED | MAXIMUM PUNISHMENT |
|---|---|---|
| CT 1:  18 U.S.C. § 1594; 18 U.S.C. § 1591 | Conspiracy to Engage in Sex Trafficking | Life/ $250,000 Fine / NMT 5 yrs TSR / $100SA |
| CT 2: 18 U.S.C. § 1589 | Conspiracy to engage in forced labor | 20 yrs / $250,000 Fine / NMT 5 yrs TSR / $100SA |
| CT 3: | Not Charged | |
| CT 4: | Not Charged | |

| | | |
|---|---|---|
| ☐ PETTY | ☐ MISDEMEANOR: | ☐ CLASS A/CLASS B - NON-MOTOR |
| ☐ MINOR | | ☐ CLASS B - MOTOR |
| ☒ FELONY | ☐ FORFEITURE | ☐ CLASS C - VEHICLE/INFRACTION |

## LOCATION STATUS

☒ WARRANT      ☐ OCDETF    _____    ARREST DATE: _____

☐ SUMMONS

☐ ALREADY IN FEDERAL CUSTODY AS OF: _____

☐ ALREADY IN STATE CUSTODY IN: _____

☐ ON PRETRIAL RELEASE

☒ INTERPRETER NEEDED?    LIST LANGUAGE AND/OR DIALECT: Gujarati

INDICTMENT - CONTINUATION SHEET

| COUNT # / CODE | DESCRIPTION OF OFFENSE CHARGED | MAXIMUM PUNISHMENT |
|---|---|---|
| CT 5: | Not Charged | |
| CT 6: 18 U.S.C. § 1071 | Concealing Person from Arrest | 1 yr /$100,000 Fine /NMT 1 yr TSR /$100SA |
| CT 7: 21 U.S.C. § 856 | Maintaining drug-involved premises | 20 yrs /$500,000 Fine /NMT 3 yrs TSR / $100SA |
| CT 8: | | |
| CT 9: | | |
| CT 10 | | |
| CT 11 | | |
| CT 12 | | |
| CT 13 | | |
| CT 14 | | |
| CT 15 | | |
| CT 16 | | |
| CT 17 | | |
| CT 18 | | |
| CT 19 | | |
| CT 20 | | |

# CRIMINAL COVER SHEET

**SEALED**

USAO - Rev. 4/25_by

| PLACE OF OFFENSE: | RELATED CASE INFORMATION: |
|---|---|

**PLACE OF OFFENSE:**

CITY: Omaha

COUNTY: Douglas

**RELATED CASE INFORMATION:**

☐ Superseding Indictment          ☒ New Defendant

☐ Indictment/Information Pending vs Same Defendant

Magistrate Case Number: 4:25MJ3187

R20/R40 from District of:

Related to:

---

**DEFENDANT INFORMATION:**

**NAME:** AMIT PRAHLADBHAI CHAUDHARI

**ALIAS:** Amit

**ADDRESS:** 9305 S. 145th Street, Omaha, Nebraska

**SSN:**                         **DOB:** 6-1-1993          ☒ MALE  ☐ FEMALE  ☐ ALIEN

---

☒ COMPLAINT          AUSA:  Danielle Fliam

☐ INFORMATION       AGENT: Rachel Sullivan

☐ INDICTMENT        AGENCY: FBI                                       ☒ FBI

                                    TRIAL:   ☐ OMAHA   ☒ LINCOLN   ☐ NORTH PLATTE

**U.S.C. CITATIONS:**   LEAD COUNT: 18 U.S.C. § 1594; 18 U.S.C. § 1591      COUNT NO.     1

| COUNT # / CODE | DESCRIPTION OF OFFENSE CHARGED | MAXIMUM PUNISHMENT |
|---|---|---|
| CT 1: | Not Charged | |
| CT 2: 18 U.S.C. § 1589 | Conspiracy to engage in forced labor | 20 yrs / $250,000 Fine / NMT 5 yrs TSR / $100SA |
| CT 3: | Not Charged | |
| CT 4: 8 U.S.C. § 1324(a)(1)(A) (ii) | Transporting Illegal Aliens | 5 yrs /$100,000 Fine /NMT 1 yr TSR /$100SA |

☐ PETTY                    ☐ MISDEMEANOR:              ☐ CLASS A/CLASS B - NON-MOTOR

☐ MINOR                                                  ☐ CLASS B - MOTOR

☒ FELONY                   ☐ FORFEITURE               ☐ CLASS C - VEHICLE/INFRACTION

---

**LOCATION STATUS**

☒ WARRANT       ☐ OCDETF  [                    ]    ARREST DATE:

☐ SUMMONS

☐ ALREADY IN FEDERAL CUSTODY AS OF:

☐ ALREADY IN STATE CUSTODY IN:

☐ ON PRETRIAL RELEASE

☒ INTERPRETER NEEDED?    LIST LANGUAGE AND/OR DIALECT: Gujarati

INDICTMENT - CONTINUATION SHEET

| COUNT # / CODE | DESCRIPTION OF OFFENSE CHARGED | MAXIMUM PUNISHMENT |
|---|---|---|
| CT 5: 8 U.S.C. § 1324(a)(1)(A)(iii) | Conspiracy Related to Harboring Illegal Aliens | 5 yrs /$100,000 Fine /NMT 1 yr TSR / $100SA |
| CT 6: | Not Charged | |
| CT 7: 21 U.S.C. § 856 | Maintaining drug-involved premises | 20 yrs /$500,000 Fine /NMT 3 yrs TSR / $100SA |
| CT 8: | | |
| CT 9: | | |
| CT 10 | | |
| CT 11 | | |
| CT 12 | | |
| CT 13 | | |
| CT 14 | | |
| CT 15 | | |
| CT 16 | | |
| CT 17 | | |
| CT 18 | | |
| CT 19 | | |
| CT 20 | | |

# CRIMINAL COVER SHEET

**SEALED**

USAO - Rev. 4/25_by

### RELATED CASE INFORMATION:

**PLACE OF OFFENSE:**

CITY: Omaha

COUNTY: Douglas

☐ Superseding Indictment           ☒ New Defendant
☐ Indictment/Information Pending vs Same Defendant
Magistrate Case Number:   4:25MJ3187
R20/R40 from District of:
Related to:

## DEFENDANT INFORMATION:

**NAME:**       MAHESHKUMAR CHAUDHARI

**ALIAS:**    Mahesh

**ADDRESS:**    402 Blaine Street, Norfolk, NE 68701

**SSN:**       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           **DOB:**   6/1/1987          ☒ MALE    ☐ FEMALE    ☐ ALIEN

| | | | |
|---|---|---|---|
| ☒ COMPLAINT | AUSA: | Danielle Fliam | |
| ☐ INFORMATION | AGENT: | Rachel Sullivan | |
| ☐ INDICTMENT | AGENCY: | FBI | ☒ FBI |
| | | TRIAL:   ☐ OMAHA   ☒ LINCOLN   ☐ NORTH PLATTE | |

**U.S.C. CITATIONS:**    LEAD COUNT:  18 U.S.C. § 1594; 18 U.S.C. § 1591        COUNT NO.    1

| COUNT # / CODE | DESCRIPTION OF OFFENSE CHARGED | MAXIMUM PUNISHMENT |
|---|---|---|
| CT 1: | Not Charged | |
| CT 2: | Not Charged | |
| CT 3: 18 U.S.C. § 1546(a) | Conspiracy to Defraud the United States by fraud and Misuse of Visas, Permits and other documents | 20 yrs / $250,000 Fine / NMT 3 yrs TSR / $100SA |
| CT 4: 8 U.S.C. § 1324(a)(1)(A)(ii) | Conspiracy Related to Transporting Illegal Aliens | 5 yrs /$100,000 Fine /NMT 1 yr TSR /$100SA |

| | | |
|---|---|---|
| ☐ PETTY | ☐ MISDEMEANOR: | ☐ CLASS A/CLASS B - NON-MOTOR |
| ☐ MINOR | | ☐ CLASS B - MOTOR |
| ☒ FELONY | ☐ FORFEITURE | ☐ CLASS C - VEHICLE/INFRACTION |

## LOCATION STATUS

☒ WARRANT        ☐ OCDETF                           ARREST DATE:
☐ SUMMONS
☐ ALREADY IN FEDERAL CUSTODY AS OF:
☐ ALREADY IN STATE CUSTODY IN:
☐ ON PRETRIAL RELEASE
☒ INTERPRETER NEEDED?    LIST LANGUAGE AND/OR DIALECT: Gujarati

INDICTMENT - CONTINUATION SHEET

| COUNT # / CODE | DESCRIPTION OF OFFENSE CHARGED | MAXIMUM PUNISHMENT |
|---|---|---|
| CT 5: | Not Charged | |
| CT 6: | Not Charged | |
| CT 7: | Not Charged | |
| CT 8: | | |
| CT 9: | | |
| CT 10 | | |
| CT 11 | | |
| CT 12 | | |
| CT 13 | | |
| CT 14 | | |
| CT 15 | | |
| CT 16 | | |
| CT 17 | | |
| CT 18 | | |
| CT 19 | | |
| CT 20 | | |

# CRIMINAL COVER SHEET

**SEALED**

USAO - Rev. 4/25_by

**PLACE OF OFFENSE:**

CITY: Omaha

COUNTY: Douglas

**RELATED CASE INFORMATION:**

☐ Superseding Indictment                    ☒ New Defendant

☐ Indictment/Information Pending vs Same Defendant

Magistrate Case Number:  4:25MJ3187

R20/R40 from District of:

Related to:

**DEFENDANT INFORMATION:**

NAME:        **RASHMI AJIT SAMANI**

ALIAS:       **Falguni Samani**

ADDRESS:  **2306 N. 182nd Avenue, Elkhorn, Nebraska**

SSN:         **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**        DOB:  **3/7/1983**        ☐ MALE   ☒ FEMALE   ☐ ALIEN

☒ COMPLAINT        AUSA:     Danielle Fliam

☐ INFORMATION     AGENT:    Rachel Sullivan

☐ INDICTMENT      AGENCY:   FBI                                           ☒ FBI

TRIAL:        ☐ OMAHA    ☒ LINCOLN    ☐ NORTH PLATTE

**U.S.C. CITATIONS:**     LEAD COUNT: 18 U.S.C. § 1594; 18 U.S.C. § 1591      COUNT NO.    1

| COUNT # / CODE | DESCRIPTION OF OFFENSE CHARGED | MAXIMUM PUNISHMENT |
|---|---|---|
| CT 1: 18 U.S.C. § 1594; 18 U.S.C. § 1591 | Conspiracy to Engage in Sex Trafficking | Life/ $250,000 Fine / NMT 5 yrs TSR / $100SA |
| CT 2: 18 U.S.C. § 1589 | Conspiracy to engage in forced labor | 20 yrs / $250,000 Fine / NMT 5 yrs TSR / $100SA |
| CT 3: 18 U.S.C. § 371; 18 U.S.C. § 1546(a) | Conspiracy to Defraud the United States by fraud and Misuse of Visas, Permits and other documents | 20 yrs / $250,000 Fine / NMT 3 yrs TSR / $100SA |
| CT 4: 8 U.S.C. § 1324(a)(1)(A)(ii) | Conspiracy Related to Transporting Illegal Aliens | 5 yrs /$100,000 Fine /NMT 1 yr TSR /$100SA |

☐ PETTY            ☐ MISDEMEANOR:        ☐ CLASS A/CLASS B - NON-MOTOR

☐ MINOR                                    ☐ CLASS B - MOTOR

☒ FELONY           ☐ FORFEITURE          ☐ CLASS C - VEHICLE/INFRACTION

**LOCATION STATUS**

☒ WARRANT      ☐ OCDETF                            ARREST DATE:

☐ SUMMONS

☐ ALREADY IN FEDERAL CUSTODY AS OF:

☐ ALREADY IN STATE CUSTODY IN:

☐ ON PRETRIAL RELEASE

☒ INTERPRETER NEEDED?      LIST LANGUAGE AND/OR DIALECT: Gujarati

INDICTMENT - CONTINUATION SHEET

| COUNT # / CODE | DESCRIPTION OF OFFENSE CHARGED | MAXIMUM PUNISHMENT |
|---|---|---|
| CT 5: 8 U.S.C. § 1324(a)(1)(A)(iii) | Conspiracy Related to Harboring Illegal Aliens | 5 yrs /$100,000 Fine /NMT 1 yr TSR / $100SA |
| CT 6: 18 U.S.C. § 1071 | Concealing Person from Arrest | 1 yr /$100,000 Fine /NMT 1 yr TSR /$100SA |
| CT 7: 21 U.S.C. § 856 | Maintaining drug-involved premises | 20 yrs /$500,000 Fine /NMT 3 yrs TSR / $100SA |
| CT 8: | | |
| CT 9: | | |
| CT 10 | | |
| CT 11 | | |
| CT 12 | | |
| CT 13 | | |
| CT 14 | | |
| CT 15 | | |
| CT 16 | | |
| CT 17 | | |
| CT 18 | | |
| CT 19 | | |
| CT 20 | | |